AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A,<br><br>*Plaintiff(s)*<br>v.<br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction,<br><br>*Defendant(s)* | Civil Action No.  8:24-cv-02017-CBM (JDEx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAVIN NEWSOM, in his official capacity as Governor of the State of California
1021 O Street, #9000
Sacramento, CA 95814
Service.ofprocess@gov.ca.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Donald M. Falk
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
dfalk@schaerr-jaffe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRIAN D.L KARTH
*CLERK OF COURT*

Date: September 30, 20224

*Sharon Hall Brown*

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Case No. 8:24-cv-02017-CBM (JDEx)**

*CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A*

*v.*

*GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction*

## ADDENDUM TO SUMMONS

**DEFENDANTS TO BE SERVED:**

ROBERT BONTA, in his official capacity as Attorney General of the State of California
1300 I Street
Sacramento, CA 95814


TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction
1430 N Street, Suite 5602
Sacramento, CA 95814