IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A,,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction ,**<br><br>Defendants. | Case No. 8:24-cv-02017 CBM (JDEx)<br><br>**ORDER RE JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' RULE 12(B) MOTION   [46]** |

On October 18, 2024, the Parties filed a Stipulation to extend the responsive pleading deadline for Defendants Governor Gavin Newsom, Attorney General Rob Bonta, and State Superintendent for Public Instruction Tony Thurmond (collectively, Defendants) to November 12, 2024.  On November 12, 2024, in light of the upcoming Thanksgiving and winter holidays, and the vacation schedules of counsel, the Parties filed a stipulation setting a briefing schedule and hearing date for Defendants' Rule

12(b) motion to dismiss. The Stipulation does not constitute a waiver of any claim, right, or defense.

The court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' motion to dismiss shall be heard on **January 14, 2025**, at 10 a.m.
2. Plaintiffs' opposition to Defendants' motion shall be filed on or before December 6, 2024.
3. Defendants' reply to Plaintiffs' opposition shall be filed on or before December 20, 2024.

IT IS SO ORDERED.

Dated: NOVEMBER 19, 2024

The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE