IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A,,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction ,**<br><br>Defendants. | Case No. 8:24-cv-02017 CBM (JDEx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' RULE 12(B) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

In light of Plaintiffs' filing of an Amended Complaint on December 3, 2024, ECF No. 52, which moots Defendants' pending motion to dismiss, and the upcoming winter holidays and vacation schedules of counsel, on December 11, 2024, the Parties filed a stipulation to set a briefing schedule and hearing date for Defendants' motion to dismiss the Amended Complaint. The Stipulation does not constitute a waiver of any claim, right, or defense.

    The court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' motion to dismiss the Amended Complaint shall be filed on or before January 8, 2025.
2. Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before January 31, 2025.
3. Defendants' reply to Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before February 14, 2025.
4. Defendants' motion to dismiss the Amended Complaint shall be heard on March 4, 2025, at 10 a.m.

IT IS SO ORDERED.

Dated: December 13, 2024

Consuelo B. Marshall
United States District Judge