ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT (SBN 197306)
KEVIN L. QUADE (SBN 285197)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3377
  Fax:  (415) 703-5843
  E-mail:  Jennifer.Bunshoft@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction,**<br><br>Defendants. | 8:24-cv-02017 CBM (JDEx)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:     March 4, 2025<br>Time:     10:00 a.m.<br>Courtroom:  8D<br>Judge:    The Honorable Consuelo<br>          B. Marshall<br>Trial Date:  N/A<br>Action Filed: 9/17/2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 4, 2025, at 10:00 a.m. at the United

States District Court, Central District of California, First Street Courthouse, 350 W.

1st Street, Los Angeles, CA 90012, in Courtroom 8D, 8th floor, Defendants

1

Attorney General Rob Bonta and the State Superintendent of Public Instruction will and do hereby move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Specifically, this Court lacks subject matter jurisdiction under Rule 12(b)(1) because the City of Huntington Beach (City) and the parent Plaintiffs lack standing.

In addition, Plaintiffs' claims should be dismissed under Rule 12(b)(6) on the grounds that the parent Plaintiffs have failed to state a claim under the Fourteenth Amendment of the U.S. Constitution for violations of substantive due process rights as parents (claims 1 through 3); and the City's claim for declaratory relief under the Declaratory Judgment Act (claim 4) is derivative of parent Plaintiffs' failed substantive due process claims.

This motion is made following correspondence and conference of counsel pursuant to L.R. 7-3 on November 5, 2024, regarding Defendants' grounds for dismissal of Plaintiffs' original complaint, and subsequent correspondence and conference of counsel on January 3, 2025, regarding the amended complaint. After discussing the grounds for the motion to dismiss, the parties did not agree to any resolution of the claims.

The motion is based upon the Notice, the Memorandum of Points and Authorities, the pleadings and papers filed herein, the Request for Judicial Notice filed concurrently, and any argument the Court may hear.

Dated:  January 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DARRELL W. SPENCE
Supervising Deputy Attorney General

*Jennifer Bunshoft*

JENNIFER A. BUNSHOFT
Deputy Attorney General
*Attorneys for Defendants*
*Department of Education*

# CERTIFICATE OF SERVICE

Case Name:   **City of Huntington Beach v Newsom, et al.**   No.   **8:24-cv-02017 CBM (JDEx)**

I hereby certify that on <u>January 8, 2025,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO DISMISS AMENDED COMPLAINT**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

3. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

4. **DECLARATION OF JENNIFER A. BUNSHOFT IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS AMENDED COMPLAINT**

5. **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 8, 2025,</u> at Los Angeles, California.

J. Sissov
Declarant

*/s/ J. Sissov*
Signature

SA2024304292
67341721.docx