IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction ,**<br><br>Defendants. | Case No. 8:24-cv-02017 CBM (JDEx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:         March 4, 2025<br>Time:        10:00 a.m.<br>Courtroom:  8D<br>Judge:       The Honorable Consuelo B. Marshall<br>Trial Date:    N/A<br>Action Filed:  9/17/2024 |

The Motion to Dismiss Amended Complaint, brought by Defendants Governor Gavin Newsom, Attorney General Rob Bonta, and State Superintendent for Public Instruction Tony Thurmond (collectively, Defendants), came on regularly for hearing before this Court on March 4, 2025.

1

1  Upon consideration of the briefs submitted in support of and opposition to this
2  motion, the supporting pleadings, and oral argument by the parties, and good cause
3  appearing, the Court hereby GRANTS WITHOUT LEAVE TO AMEND
4  Defendants' Motion to Dismiss.
5  IT IS SO ORDERED.
6
7
8  Dated: _____    _____
9                                                              The Honorable Consuelo B. Marshall
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28