Michael E. Gates (SBN 258446)
  City Attorney
OFFICE OF THE CITY ATTORNEY
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
michael.gates@surfcity-hb.org
*Counsel for Plaintiff City of Huntington Beach,*
*a California Charter City, and Municipal Corporation*

Donald M. Falk (SBN 150256)
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 562-4942
dfalk@schaerr-jaffe.com

Gene C. Schaerr*
Stephanie L. Freudenberg*
Justin A. Miller*
Aaron C. Ward*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
sfreudenberg@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
award@schaerr-jaffe.com

Nicholas Barry*
Ian Prior*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. S.E., #231
Washington, DC 20003
(202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs City of Huntington Beach, a California Charter City, and Municipal Corporation; and Parents 1A-10A*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation; PARENTS 1A-9A,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and TONY THURMOND, in his official capacity as California State Superintendent of Public Instruction,<br><br>　　　　　Defendants. | Case No.: 8:24-cv-02017-CBM (JDEx)<br><br>**NOTICE OF PARENT PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**<br><br>Date: March 4, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall<br>Trial Date: N/A<br>Action Filed: 9/17/24 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 4, 2025, at 10:00 a.m. in the United States District Court, Central District of California, First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, in Courtroom 8D, 8th floor, Parent Plaintiffs 1A through 10A ("Parent Plaintiffs"), by counsel, respectfully move for leave to proceed under pseudonyms in this action.

Specifically, Parent Plaintiffs seek to protect their children's identities and nonpublic sensitive information, which would be easily ascertained if Parent Plaintiffs proceeded under their real names in this action.

This unopposed motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 3, 2024. After discussing the matter during their conference, Defendants' counsel agreed not to oppose this motion.

The unopposed motion is based upon the Notice, the Memorandum in Support, the Declaration of Counsel, and any argument the Court may hear. A proposed Order accompanies this unopposed motion.

Dated: January 20, 2025                    Respectfully submitted,

                                           /s/ Gene C. Schaerr

                                           Michael E. Gates (SBN 258446)
                                             *City Attorney*
                                           OFFICE OF THE CITY ATTORNEY
                                           2000 Main Street, P.O. Box 190
                                           Huntington Beach, CA 92648
                                           (714) 536-5555
                                           michael.gates@surfcity-hb.org

                                           *Counsel for Plaintiff City of Huntington Beach, a California Charter City, and Municipal Corporation*

                                           Donald M. Falk (SBN 150256)
                                           SCHAERR | JAFFE LLP
                                           Four Embarcadero Center, Suite 1400
                                           San Francisco, CA 94111
                                           (415) 562-4942
                                           dfalk@schaerr-jaffe.com

                                           Gene C. Schaerr*
                                           Stephanie L. Freudenberg*
                                           Justin A. Miller*
                                           Aaron C. Ward*
                                           SCHAERR | JAFFE LLP
                                           1717 K Street NW, Suite 900
                                           Washington, DC 20006
                                           (202) 787-1060
                                           gschaerr@schaerr-jaffe.com

sfreudenberg@schaerr-jaffe.com
jmiller@schaerr-jaffe.com
award@schaerr-jaffe.com

Nicholas Barry*
Ian Prior*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. S.E., #231
Washington, DC 20003
(202) 964-3721
nicholas.barry@aflegal.org
ian.prior@aflegal.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs City of Huntington Beach, a California Charter City, and Municipal Corporation; and Parents 1A-10A*