NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, PARENTS 1A-9A, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>Defendants. | Case No.: 8:24-cv-02017-CBM (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO DISMISS AND PARENT PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

1

The Court, having considered the parties' joint stipulation, hereby reschedules the hearing for Defendants' Motion to Dismiss the Amended Complaint [Dkt. 58] and Parent Plaintiffs' Unopposed Motion for Leave to Proceed under Pseudonyms [Dkt. 60] from March 13, 2025 to April 2, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 11, 2025

Hon. Consuelo B. Marshall
United States District Judge