UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:24-cv-02017-CBM-JDE | | Date | June 17, 2025 |
|---|---|---|---|---|

| Title | City of Huntington Beach et al v. Gavin Newsom et al |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**        **IN CHAMBERS- ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

In light of the Court's Order re Defendants' Motion to Dismiss, Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 73) is hereby **DENIED** as moot.

**IT IS SO ORDERED.**