UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02017-CBM-JDE | Date | September 25, 2025 |

| | |
|---|---|
| Title | City of Huntington Beach et al v. Gavin Newsom et al |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:   **IN CHAMBERS- ORDER RE: MOTION FOR PRELIMINARY INJUNCTION PENDING APPEAL**

The matter before the Court is Plaintiffs' Motion for Preliminary Injunction Pending Appeal and for Order Shortening Time. (Dkt. No. 101 (the "Motion").)

On September 12, 2025, the Ninth Circuit issued its order denying Plaintiffs' Motion for Preliminary Injunction Pending Appeal. (Dkt. No 114.)  Accordingly, the Motion before this Court is **DENIED** as moot.

**IT IS SO ORDERED.**