**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 8:24-cv-02017-CBM-JDE                    Date July 28, 2026

Title: City of Huntington Beach, et al v. Gavin Newsom, et al

Present: The Honorable Consuelo B. Marshall, United States District Judge

|  |  |
|---|---|
| V.R. Vallery | Not Present |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings:     ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated June 16, 2025           .

☐ Case settled but may be reopened if settlement is not consummated within _____ days.
Make JS-6.

☒ Other Make JS-6.

☐ Entered _____.

Initials of Preparer _____ VRV _____

CV-74 (10/08)                    **CIVIL MINUTES -REOPENING/CLOSING**